IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:03CV00297
MDL Docket No.: 3:03CV1516

| | |
|---|---|
| CAROLINA MILLS, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>NAN YA PLASTICS CORPORATION, AMERICA;<br>ROBERT BRADLEY DUTTON;<br>WELLMAN, INC.;<br>ARTEVA SPECIALTIES, S.a.r.L.;<br>ARTEVA SERVICES S.a.r.L;<br>TROY F. STANLEY, SR.;<br>DAK FIBERS LLC;<br>DAK AMERICAS LLC; and<br>E.I. DUPONT DE NEMOURS AND COMPANY,<br><br>Defendants. | **ORDER DISMISSING DEFENDANT WELLMAN, INC. WITH PREJUDICE** |

    For good cause shown, the above-captioned action is dismissed against Wellman, Inc. only, with prejudice and with each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

**Signed: July 25, 2005**

Richard L. Voorhees
United States District Judge