# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE POLYESTER STAPLE | ) | |
| ANTITRUST LITIGATION | ) | **MDL DOCKET NO: 3:03CV1516** |
| _____ ) | | *Civil Docket No.: 3:03CV297* |
| | | |
| CAROLINA MILLS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NAN YA PLASTICS CORPORATION, | ) | |
| AMERICA, et al., | ) | |
| Defendants. | ) | |
| _____ ) | | |

**THIS MATTER** comes before the Court on the joint motion of Plaintiff Carolina Mills, Incorporated ("Carolina Mills"), and Defendant Wellman, Incorporated ("Wellman") to dismiss Defendant Wellman with prejudice.  (*MDL Individual Action No.: 3:03CV297*) Carolina Mills does not seek to dismiss any other claims or parties.

**IT IS HEREBY ORDERED** that the parties' joint motion is **GRANTED**.  Accordingly, Defendant Wellman is **DISMISSED WITH PREJUDICE**.   Pursuant to the parties' agreement, each party is to bear its own costs.

**Signed: September 2, 2005**

Richard L. Voorhees
United States District Judge