IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:03CV00297
MDL Docket No.: 3:03CV1516

| | |
|---|---|
| CAROLINA MILLS, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>ARTEVA SPECIALTIES, S.A.R.L.;<br>ARTEVA SERVICES S.A.R.L; and<br>TROY F. STANLEY, SR.,<br><br>Defendants. | ORDER DISMISSING DEFENDANTS ARTEVA SPECIALTIES, S.A.R.L.; ARTEVA SERVICES S.A.R.L.; AND TROY F. STANLEY, SR. WITH PREJUDICE |

For good cause shown, the above-captioned action is dismissed against Arteva Specialties, S.à.r.l. (now named INVISTA S.à.r.l..), Arteva Services S.à.r.l., and Troy F. Stanley, Sr. only, with prejudice and with each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

This 2nd day of FEB., 2006.

Honorable Richard L. Voorhees
U.S. District Judge

2